UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 18-5219-MWF(FFMx)**   Dated: **May 30, 2019**

Title:   Gold Value International Textile, Inc., et al. -v- Urban Outfitters, Inc., et al.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:   ATTORNEYS PRESENT FOR DEFENDANTS:

None Present   None Present

PROCEEDINGS (IN CHAMBERS):   COURT ORDER

    In light of the Notice of Settlement [28] filed May 29, 2019, the Court sets a hearing on Order To Show Cause Re Dismissal for July 1, 2019 at 11:30 a.m. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. All other hearings and deadlines are hereby vacated.

    IT IS SO ORDERED.

MINUTES FORM 90                        Initials of Deputy Clerk   rs
CIVIL - GEN

-1-