JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLD VALUE INTERNATIONAL TEXTILE, INC., a California Corporation, individually and doing business as "FIESTA FABRIC", <br><br>　　　　　Plaintiff, <br><br>vs. <br><br>URBAN OUTFITTERS, INC., individually and d/b/a FREE PEOPLE a Delaware Corporation; and DOES 1 through 10, <br><br>　　　　　Defendants. | Case No. 2:18-cv-05219 MWF (FFMx) <br><br> *ASSIGNED TO JUDGE MICHAEL W. FITZGERALD, COURTROOM 5A* <br><br> **ORDER GRANTING STIPULATION OF DISMISSAL** <br><br> Complaint Filed: 06/13/2018 |
| FREE PEOPLE OF PA, LLC, erroneously sued herein as URBAN OUTFITTERS, INC., <br><br>　　　　　Counterclaimant, <br><br>vs. <br><br>GOLD VALUE INTERNATIONAL TEXTILE, INC., a California corporation, individually and doing business as "FIESTA FABRIC," <br><br>　　　　　Counterdefendants. | |

-1-
ORDER GRANTING STIPULATION OF DISMISSAL

The Stipulation of Dismissal filed by Gold Value International Textile, Incorporated d/b/a "Fiesta Fabric" (hereinafter, "Gold Value") and Free People of PA, LLC (hereinafter, "Free People"), erroneously sued as Urban Outfitters, Inc., shall be, and hereby is, **GRANTED**.

Pursuant to Federal Rule of Civil Procedure 41(a)(2), **IT IS HEREBY ORDERED THAT:**

(1) All of Gold Value's claims against Free People in this action are dismissed WITH PREJUDICE;

(2) All of Free People's counterclaims against Gold Value in this action are dismissed WITHOUT PREJUDICE.

Gold Value and Free People will each bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: June 28, 2019

MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE